UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FABIANO MATEUS DE OLIVEIRA,

        Petitioner,

v.

ANTONE MONIZ and,
JOSEPH D. McDONALD JR.,

        Respondents.

Civil Action No. 18-10150-MLW

## PARTIES' JOINT STATUS REPORT

Pursuant to this Court's Order of February 1, 2018 (Doc. 11), the parties jointly report to this Court the following case status:

1. Since the parties' first request for an extension of time, the parties have continued to confer, and are in the process of finalizing an agreement that may resolve this case without the need for further litigation. The parties are seeking to obtain the approvals necessary for such an agreement, and expect to exchange draft documents no later than February 9, 2018. However, the parties need further time to determine whether an agreement to resolve this case is possible.

2. Accordingly, the parties seek a second, one-week extension of time for briefing and a hearing, if necessary. The parties respectfully request that this Court enter an Order that:

    (a) Petitioner shall, by February 16, 2018, file a memorandum and affidavit(s) in support of the petition;

    (b) Respondents shall, by February 19, 2018, file a memorandum and affidavit(s) in opposition to the petition; and

    (c) A hearing on the petition will be scheduled by this Court at a later date to be determined by this Court, if required.

| | |
|---|---|
| PETITIONER, FABIANO MATEUS DE OLIVEIRA<br><br>*/s/ Jeffrey B. Rubin (by EAP)*<br>JEFFREY B. RUBIN<br>Rubin Pomerleau PC<br>Three Center Plaza<br>Suite 400<br>Boston, MA  02108<br>(617) 367-0077<br>jbr@rubinpom.com | Respectfully submitted,<br><br>ANDREW E. LELLING<br>United States Attorney<br><br>*/s/ Eve A. Piemonte*<br>EVE A. PIEMONTE, BBO No. 628883<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 920<br>Boston, MA  02210<br>(617) 748-3100<br>Eve.Piemonte@usdoj.gov<br><br>*/s/ Mary L. Larakers (by EAP)*<br>MARY L. LARAKERS<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>mary.l.larakers@usdoj.gov |

**CERTIFICATE OF SERVICE**

    I, Eve A. Piemonte, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| | */s/ Eve A. Piemonte*<br>Eve A. Piemonte |
| Dated: February 8, 2018 | Assistant United States Attorney |