UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FABIANO MATEUS DE OLIVEIRA,

Petitioner,

v.

ANTONE MONIZ and,
JOSEPH D. McDONALD JR.,

Respondents.

Civil Action No. 18-10150-MLW

### PARTIES' JOINT STATUS REPORT

Pursuant to this Court's Order of February 1, 2018 (Doc. 11), the parties jointly report to this Court the following case status:

1. Since the parties' first request for an extension of time, the parties have continued to confer, and are in the process of finalizing an agreement that may resolve this case without the need for further litigation. The parties are seeking to obtain the approvals necessary for such an agreement, and expect to exchange draft documents no later than February 9, 2018. However, the parties need further time to determine whether an agreement to resolve this case is possible.

2. Accordingly, the parties seek a second, one-week extension of time for briefing and a hearing, if necessary. The parties respectfully request that this Court enter an Order that:

   (a) Petitioner shall, by February 16, 2018, file a memorandum and affidavit(s) in support of the petition;

   (b) Respondents shall, by February 19, 2018, file a memorandum and affidavit(s) in opposition to the petition; and

   (c) A hearing on the petition will be scheduled by this Court at a later date to be determined by this Court, if required.

*The parties proposed revised schedule is hereby ADOPTED. The parties shall, by February 14, 2018, report whether this case has been settled and, if not, whether a further extension is requested.* /s/ MLW 2/8/18